IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOMENEQUE D. TAYLOR**                                        **PLAINTIFF**

v.                              **CASE NO. 4:23-CV-00581-JM**

**CAPITAL ONE FINANCIAL CORP.,** *et al.*                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

IT IS SO ORDERED this 25th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE